UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**PAMELA JONES**,

                           *Plaintiff*,

    -*against*-

**LYNCH SCHWAB, PLLC and GERALD S. GOOD, ESQ.**,

                      *Defendants*.

---

**NOTICE OF MOTION**

Civil Action No.
1:11-cv-0616-GLS/DRH

---

**PLEASE TAKE NOTICE**

| | |
|---|---|
| **MOTION BY:** | **HISCOCK & BARCLAY, LLP**<br>*Attorneys for Defendants*<br>Office and Post Office Address<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202-2078 |
| **DATE, TIME AND PLACE OF HEARING:** | January 17, 2013, 9:00 a.m.<br>United States District Court<br>Northern District of New York<br>James T. Foley United States Courthouse<br>445 Broadway<br>Albany, New York 12207 |
| **ORAL ARGUMENT:** | Unless otherwise directed by the Court, oral argument will be held on January 17, 2013, before Chief Judge Gary L. Sharpe at 9:00 a.m. in the United States Courthouse in Albany, New York. |
| **SUPPORTING PAPERS:** | Declaration of Kevin M. Hayden dated December 14, 2012, with Exhibits; Declaration of Gerald S. Good, Esq., dated December 13, 2012, with Exhibits; Statement of Material Facts dated December 14, 2012; |

6826885.1

and Memorandum of Law dated December 14, 2012.

**RELIEF DEMANDED:**        An Order, pursuant to Fed. R. Civ. P. 56, granting Defendants summary judgment dismissing Plaintiff's Complaint and awarding Defendants such other and further relief as the Court deems just and proper.

**GROUNDS FOR RELIEF:**        Plaintiff failed to establish that Defendants committed legal malpractice.

**DEMAND FOR ANSWERING PAPERS:**        Pursuant to Rule 7.1(b)(1) of the Local Rules for the United States District Court for the Northern District of New York, movant demands that any opposing papers be served on the undersigned attorneys no later than seventeen (17) days prior to the return date of the motion.

**DATED:**    December 14, 2012        **HISCOCK & BARCLAY, LLP**

By:         s/Kevin M. Hayden
           Kevin M. Hayden
           Bar Roll No. 514313

*Attorneys for Defendants*
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Telephone:  (315) 425-2886
Facsimile:  (315) 425-8547
E-mail:  khayden@hblaw.com

6826885.1        - 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2012, I filed the foregoing Notice of Motion with the Clerk of the Court via the CM/ECF System which sent notification of such filing to the following attorney for Plaintiff:

> Stephen R. Krawitz, Esq.
> *Attorney for Plaintiff*
> 271 Madison Avenue
> Suite 200
> New York, New York 10016
> Telephone:  (212) 682-0707
> E-mail:  skrawitz@aol.com

s/Kevin M. Hayden
Kevin M. Hayden
Bar Roll No. 514313

6826885.1