=========================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>  NORTHERN  </u> **DISTRICT OF** <u>  NEW YORK  </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:11-cv-616 (GLS/CFH)**

**PAMELA JONES**

v.

**LYNCH SCHWAB, PLLC et al.**

<u>         </u>     **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>    X    </u>     **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, that defendants' motion for summary judgment (Dkt. No. 23) is GRANTED. That the complaint (Dkt. No. 1) is DISMISSED, in accordance with the Memorandum-Decision and Order entered on September 30, 2013.**

<u>  September 30, 2013  </u>             <u>  **LAWRENCE K. BAERMAN**  </u>
                                                           CLERK OF THE COURT

                                        BY:     <u>  S/  </u>
                                                   DEPUTY CLERK
                                                          John Law